AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Rhode Island

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>13, 25, and 31 Conduit Street<br>Central Falls, Rhode Island | )<br>)<br>) Case No.<br>)<br>)<br>)<br><br>1:12 MJ 336 A |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Rhode Island____
*(identify the person or describe the property to be searched and give its location):*

13, 25, and 31 Conduit Street in Central Falls, Rhode Island, as described more fully in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

evidence, fruits, and instrumentalities of a crime, as more fully described in Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____November 22, 2012____
  *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Lincoln D. Almond
  *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*
  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11/08/2012 11:30 am          _____
                                                                                *Judge's signature*

City and state: Providence, RI                    Lincoln D. Almond
                                                                                *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:12 MJ 336 A | Date and time warrant executed: 11/9/12 7:33 AM | Copy of warrant and inventory left with: Bruce Jeremiah |
| Inventory made in the presence of: | | |

Inventory of the property taken and name of any person(s) seized:

See attached list.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/19/12

Executing officer's signature

Jeffrey (AD-?)
Printed name and title

2012 NOV 19 A 10:31
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED

Seized on 11/09/2012: 13, 25 and 31 Conduit St, Central Falls, RI,

1. Two pieces of paper with amount entries.
2. Small notebook with dates and times, receipt for J.A. Landry hardware, receipts for Supply New England, miscellaneous receipts.
3. Three sales books, ledger, various receipts.
4. Piece of paper with letterhead of Chamber of Commerce with handwritten hours.
5. Drum paperwork.
6. Business records.
7. Assorted papers/receipts/registrations/ledgers.
8. One page business record re Lot #1039911T.
9. Three binders of business records/paperwork/receipts, paperwork with dates, businesses, and numbers.
10. Four receipts for hardware.
11. Approximately 1200 gallons of used cooking oil.
12. Ford 700 Truck, Rhode Island Commercial Registration: 52458.
13. Approximately 1200 gallons of used cooking oil.
14. Approximately 375 gallons of used cooking oil.
15. Approximately 1100 gallons of used cooking oil.
16. Approximately 750 gallons of used cooking oil.
17. Approximately 1000 gallons of used cooking oil.
18. Approximately 800 gallons of used cooking oil.